LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
9080 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com

Attorneys for Defendant Soleil Management, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEFINA JUAREZ DE ROMERO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOLEIL MANAGEMENT LLC, a Nevada Limited Liability Company and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>Defendant. | CASE NO.: 2:12-cv-02017-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff JOSEFINA JUAREZ DE ROMERO and Defendant SOLEIL MANAGEMENT, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes

///
///
///
///
///
///

1 of action and claims for relief asserted in these proceedings by Plaintiff against Defendant,
2 with each of the parties to bear their own respective attorneys' fees and costs.
3 Dated: June 5, 2013                                Dated: May 12, 2013
4 THE FIRM, P.C                                     LIPSON, NEILSON, COLE, SELTZER
                                                    & GARIN

By: /s/ Preston B. Rezaee
PRESTON B. REZAEE, ESQ.
Nevada Bar No. 10729
RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
200 East Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff,*
*Josefina Juarez de Romero*

By: /s/ Shannon Nordstrom
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148.
(702) 382-1500
*Attorneys for Defendant,*
*Soleil Management, LLC*

- 2 -

*Josefina Juarez De Romero v. Soleil Management LLC*
Case No. 2:12-cv-02017-GMN-VCF

### ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

**DATED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

- 3 -